BEST & COMPANY, INC., et al., Appellants, *v.* VILLAGE OF GARDEN CITY et al., Respondents.

Argued January 25, 1937; decided March 9, 1937.

*M. James Spitzer* and *Nathaniel D. Reich* for appellants.

*George L. Hubbell, Jr., Daniel S. Murphy* and *John J. Gibson, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.